Case 3:18-cr-04324-BAS   Document 110   Filed 03/10/25   PageID.624   Page 1 of 1

AO 247 (Rev. 11/11:CASD 05/15) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>EZEQUIEL SOLIS, JR. (1) | Case No: 18-CR-4324-BAS<br>USM No: 16555289 |
| Date of Original Judgment: 08/26/2019<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | PAYAM FAKHARARA OF FEDERAL DEFENDERS, INC.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  One Hundred Thirty-Two (132)  months **is reduced to**  One Hundred Twenty (120) .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  08/26/2019  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  03/10/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

HONORABLE CYNTHIA BASHANT
*Printed name and title*